UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

FORMAN HOLT ELIADES
& YOUNGMAN LLC
80 Route 4 East – Suite 290
Paramus, New Jersey 07652
201-845-1000
Attorneys for Charles M. Forman, Chapter 7 Trustee
Kim R. Lynch, Esq. (KL-5866)

In Re:

JEFFREY DEAN CARTWRIGHT

                     Debtor.

Chapter 7

Case No. 13-26680(NLW)

Judge: Novalyn L. Winfield
Hearing Date: January 27, 2014
Hearing Time: 9:00 a.m.

## ORDER DIRECTING TURNOVER OF
## PROPERTY AND FOR AN ACCOUNTING

The relief set forth on the following page, numbered two (2), be and is hereby **ORDERED**.

00302467 - 1

Page (2)

In re: JEFFREY DEAN CARTWRIGHT
Case No.: 13-26680(NLW)

Caption: ORDER DIRECTING TURNOVER OF PROPERTY AND FOR AN ACCOUNTING

**THIS MATTER** having been opened to the court upon motion of Charles M. Forman, the Chapter 7 Trustee for the above-referenced debtor (the "Debtor"), for entry of an order directing turnover of property and for an accounting, and the Court having considered the papers submitted, and all opposition having been considered, if any, and good cause having been shown, it is hereby

**ORDERED** that Jeffrey Dean Cartwright is directed to turn over to the Trustee all property of the estate, including, but not limited to, all non-exempt proceeds from any settlements made with holders of accounts receivable, and it is further

**ORDERED** that Jeffrey Dean Cartwright shall provide the Trustee with an accounting for all property of the estate, including a list of all accounts receivable, with whom they are held, what date settlements were entered into, and an accounting of how the settlement proceeds were used, within 5 days of the entry of this order.